UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN DAMICO MOON,<br><br>          Petitioner,<br><br>   v.<br><br>KIM HOLLAND, CEO/WARDEN,<br><br>          Respondent. | No. CV 15-7126 SVW (FFM)<br><br>ORDER TO SHOW CAUSE WHY PETITIONER SHOULD NOT BE SANCTIONED FOR VIOLATING COURT ORDER |

On June 18, 2013, this Court entered an order dismissing petitioner's fourth petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging the same conviction sustained by petitioner in Los Angeles Superior Court case no. BA362256 with prejudice. Because petitioner had persisted in filing additional habeas petitions challenging the same conviction despite the Court's dismissal on the merits with prejudice of the prior petitions, the Court order included the following warning to petitioner:

> **Petitioner is advised that, if he files or attempts to file any further document in this district that reasonably can be construed as an attempt to challenge the BA362256 Conviction, he will be found to be in civil contempt and will be sanctioned appropriately, including, but not limited to, by the entry of a prefiling order.**

1 | Order: Dismissing Petition for Writ of Habeas Corpus with Prejudice; and
2 | Denying Certificate of Appealability, filed June 18, 2013.
3 |     Because the instant petition appears to be an attempt to challenge the same
4 | BA362256 conviction (Petition, paragraphs 1 and 5) petitioner is ordered to show
5 | cause, if any he has, within 20 days of the date of this order why he should not be
6 | held in civil contempt and sanctioned appropriately.

8 | DATED:  October 1, 2015

10 |         /S/ FREDERICK F. MUMM
        FREDERICK F. MUMM
        United States Magistrate Judge

2