UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN DAMICO MOON, ) | No. CV 15-7126 SVW (FFM) |
| Petitioner, ) ) | |
| ) | JUDGMENT |
| v. ) ) | |
| KIM HOLLAND, CEO/WARDEN, ) ) | |
| Respondent. ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 31, 2016

                                                             STEPHEN V. WILSON
                                                            United States District Judge